# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL CROSSEY, DWAYNE THOMAS, :    No. 108 MM 2020
IRVIN WEINREICH, BRENDA WEINREICH, :
AND THE PENNSYLVANIA ALLIANCE FOR :
RETIRED AMERICANS, :
       :
           Petitioners :
       :
           v. :
       :
       :
KATHY BOOCKVAR, SECRETARY OF THE :
COMMONWEALTH, AND JESSICA :
MATHIS, DIRECTOR OF THE BUREAU OF :
ELECTION SERVICES AND NOTARIES, :
       :
           Respondents :
       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 21st day of August, 2020, the petitions of Proposed Intervenors President Pro Tempore Joseph B. Scarnati, III, and Majority Leader of the State Senate Jake Corman; Speaker of the House of Representatives Mike Turzai and Majority Leader of the House Bryan Cutler (subsequently substituted by Speaker of the House of Representatives Bryan Cutler and Majority Leader of the House Kerry Benninghoff) to intervene in this matter are **GRANTED**; the petitions of Proposed Intervenors Republican Party of Pennsylvania, the Republican National Committee, and the National Republican Congressional Committee are **DENIED**, without prejudice to their ability to file briefs as *amicus curiae* pursuant to Pa.R.A.P. 531.

       Chief Justice Saylor files a concurring and dissenting statement in which Justice Mundy joins.